**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

June 4, 2009

Clerk, U.S. Bankruptcy Court

RE: Teri J. Bruce-Warner
    Bankruptcy Case No.   1-04-06408
    Unclaimed Funds For:  Quick Payday
                          87 E 1400 North
                          LoganUT 84341


Dear Clerk:

   Enclosed herewith please find check No.743597 for $478.24 drawn on the Fulton Bank
representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to
contact our office.

                         Very truly yours,

                         *Carol A. Kreider*


                         Carol A. Kreider
                         Funds Manager

FILED
WILKES-BARRE, PA
2009 JUN -5  PM 12: 18
CLERK U.S. BANKRUPTCY COURT